UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JOAN GRAMER,                )<br>                                              )<br>         Plaintiff              )<br>                                              )<br>v.                                         )<br>                                              )<br>MAINE COMMUNITY COLLEGE )<br>SYSTEM BOARD OF TRUSTEES, )<br>MAINE COMMUNITY COLLEGE )<br>SYSTEM, KENNEBEC VALLEY )<br>COMMUNITY COLLEGE,       )<br>                                              )<br>         Defendants          ) | Civil Action No. 1:20-CV-00313-JDL |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii)**

NOW COME the parties to this action, through the undersigned attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby dismiss this action and all claims, with prejudice and without costs.

Date:   August 20, 2021                                                  Jointly Submitted,

*/s/ Courtney Michalec*                                          */s/ Melissa A. Hewey*
Courtney Michalec, Esq.                                       Melissa A. Hewey
Disability Rights Maine                                          Drummond Woodsum
160 Capitol Street, Suite 4                                    84 Marginal Way, Suite 600
Augusta, ME  04330                                             Portland, ME 04101
(207) 626 2774                                                       (207) 772.1941
cmichalec@drme.org                                           mhewey@dwmlaw.com

*/s/ Peter M. Rice*                                                 *Attorney for Defendants*
Peter M. Rice, Esq.
Disability Rights Maine
160 Capitol Street, Suite 4
Augusta, ME 04330
(207) 626-2774
pmrice@drme.org
*Attorneys for Joan Gramer*

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2021, I electronically filed the foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii) using the CM/ECF system, and provided a copy of same to counsel of record.

August, 20, 2021

*/s/ Peter M. Rice*
Peter M. Rice, Esq.
Attorney for Plaintiff, Joan Gramer